■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIVE A. WEBLEY, Appellant. [684 NYS2d 807] —Judgment unanimously affirmed. Memorandum: Defendant was convicted upon his plea of guilty of two counts of murder in the second degree (Penal Law § 125.25 [1]) and sentenced in accordance with the plea bargain to consecutive terms of imprisonment. The record establishes that the guilty plea was knowingly, voluntarily and intelligently entered (*see, People v Fiumefreddo,* 82 NY2d 536, 543). Defendant contends that the guilty plea was defective because during the colloquy he indicated facts giving rise to a possible justification defense. Defendant, however, informed County Court at the time of the plea that he had discussed that possible defense with his attorney (*see, People v Johnson,* 91 AD2d 782, 783).

Furthermore, the court did not abuse its discretion in summarily denying defendant's motion to withdraw the guilty plea

based upon generalized claims and conclusory allegations that are unsupported by the record (*see, People v Dixon*, 29 NY2d 55, 57; *People v D'Orio*, 210 AD2d 424, *lv denied* 85 NY2d 972; *People v Mercedes*, 171 AD2d 1044, 1044-1045, *lv denied* 77 NY2d 998). The sentence is neither unduly harsh nor severe, and defendant received meaningful representation (*see, People v Ford*, 86 NY2d 397, 404). (Appeal from Judgment of Oneida County Court, Donalty, J.—Murder, 2nd Degree.) Present— Green, J. P., Wisner, Hayes, Balio and Fallon, JJ.